UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          *CRIMINAL NO. 6:16-0182

VS.                                *JUDGE MINALDI

LASSER ERNESTO MORENO-FLORES*MAGISTRATE JUDGE HANNA

REPORT AND RECOMMENDATION
ON FELONY GUILTY PLEA
BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned United States Magistrate Judge for a change-of-plea hearing and allocation of the defendant, Lasser Ernesto Moreno-Flores, on September 23, 2016.  The defendant was present with his counsel Cristie Gautreaux Gibbens.

After the hearing and for the reasons orally assigned, the undersigned finds that the defendant is fully competent, that his guilty plea is knowing and voluntary, and that his guilty plea to Count One of the Indictment is fully supported by a written factual basis for each of the essential elements of the offense.

Therefore, the undersigned United States Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Lasser Ernesto Moreno-Flores, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Lasser Ernesto Moreno-Flores be finally adjudged guilty of the offense charged in Count One of the Indictment.

The defendant waived the fourteen day period within which to file written objections to this Report and Recommendation. Accordingly, the District Court may immediately adopt this Report and Recommendation, thereby accepting the defendant's guilty plea.

THUS DONE AND SIGNED in chambers in Lafayette, Louisiana, on this the 7th day of October, 2016.

_____
**PATRICK J. HANNA**
**UNITED STATES MAGISTRATE JUDGE**